**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6939

REGINALD LUCAS,

Plaintiff - Appellant,

versus

SHELLY BARNHILL; LARUE BAKER HALL,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-04-87)

Submitted: October 18, 2004      Decided: November 8, 2004

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Reginald Lucas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Lucas appeals the district court's order denying relief on his <u>Bivens</u> complaint[*] under 28 U.S.C. § 1915(e)(2)(B) (2000).  We have reviewed the record and find that this appeal is frivolous.  Accordingly, we dismiss the appeal on the reasoning of the district court.  <u>See</u> <u>Lucas v. Barnhill</u>, No. CA-04-87 (E.D.N.C. Apr. 27, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 38 (1971).